# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

On July 3, 2014, the Court stayed the case as to all defendants except General Hotel Management Ltd. ("GHM") (Dkt. 67). On March 10, 2017, the Court granted GHM's Motion for Summary Judgment, severing GHM from all other Defendants and dismissing all claims against GHM on forum non conveniens grounds only. (Dkt. 209). The case remains stayed as to all other defendants. On April 7, 2017, Plaintiff The Wave Studio, LLC filed a Notice of Appeal seeking reversal of the Court's March 10 order. (Dkt. 210). The appeal is currently pending before the U.S. Court of Appeals for the Second Circuit (Case No. 17-1018), with Plaintiff due to file its opening brief by July 21, 2017.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case and earlier filed case involve common questions of law and fact. In both cases, Plaintiff The Wave Studio, LLC brings a claim for copyright infringement based on the same registered photographic works (see chart at Complaint, ¶ 15). Plaintiff alleges in the newly filed case, as it does against several defendants in the earlier filed case, that Defendant Groupon, Inc. ("Groupon") committed acts of copyright infringement by improperly using Plaintiff’s photographs without authorization for their own financial gain, including but not limited to, using Plaintiff’s photographs on Groupon's website and in various photo galleries and promotional materials, all of which are generating traffic to and revenue for Groupon and its businesses. Groupon, like several of the defendants named in the earlier filed case, promotes and advertises bookings to the boutique and high-end hotels featured in Plaintiff's copyrighted photographic works. In addition, in both cases the same issue of copyright ownership over the photographic works applies.

Signature: /s/ Nate A. Garhart

Date: May 12, 2017

Firm: Cobalt LLP