**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC </br></br>                Plaintiff, </br></br>        v. </br></br> GENERAL HOTEL MANAGEMENT LTD, *et al.* </br></br>                Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 7:13-cv-09239-CS-PED </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| THE WAVE STUDIO, LLC </br></br>                Plaintiff, </br></br>        v. </br></br> GROUPON, INC. </br></br>                Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 7:17-cv-03589-CS </br> ) </br> ) </br> ) </br> ) |

## **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Upon consideration of this motion of Stanley E. Woodward, Jr. requesting Admission *pro hac vice* dated July 7, 2017, it is hereby **ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Stanley E. Woodward, Jr. is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendant Groupon, Inc. in the above-captioned action.

Dated: _____, 2017              _____

                                                                              United States District Judge Cathy Seibel