TM

PROMO  ©

nate garhart
nate@cobaltlaw.com

**VIA ECF**

June 14, 2018

The Honorable Cathy Seibel
United States District Judge, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
       *Case No. 7:13-09239-CS-PED (S.D.N.Y.)*

Dear Judge Seibel:

We represent Plaintiff The Wave Studio, LLC ("Wave") in the above-referenced
action and write in connection with Your Honor's Order dated April 25, 2018 (Docket
No. 253), staying the action, but subject to dismissal with prejudice in the event
"Plaintiff has not commenced an action to prosecute its claims against GHM in
Singapore by June 25, 2018," and ordering that "Counsel for Plaintiff is to advise the
Court promptly if such an action is commenced."

Wave has commenced such an action, and a copy of the Writ and Amended Writ doing
so in Case No. HC/S 175/2018 in the High Court of the Republic of Singapore
captioned The Wave Studio PTE. Ltd., Lee Kar Yin, and The Wave Studio, LLC v.
General Hotel Management, Ltd. and additional defendants are attached hereto as
Exhibit A.

Based on this action satisfying the Court's requirements, Plaintiff requests the stay in
the instant action remain in place pending the outcome of the Singapore action.

Respectfully Submitted,

COBALT LLP

Nate Garhart



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

1912 Bonita Avenue
Berkeley, CA 94704

P.510.841.9800
F.510.295.2401