IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                          Plaintiff,<br><br>    -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                         Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

      The motion of Francesca M. S. Germinario for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the states of California and New York; and that her contact information is as follows:

      Applicant's Name:  <u>Francesca M. S. Germinario</u>
      Firm Name:  <u>Warren Kash Warren LLP</u>
      Address:  <u>2261 Market Street, No. 606</u>
      City / State / Zip:  <u>San Francisco, California, 94114</u>
      Telephone / Fax:  <u>(415) 895-2940 / (415) 895-2964</u>

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Wave Studio, LLC in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____

                                                        _____
                                                        United States District / Magistrate Judge